UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-22654-CIV-ALTONAGA/Reid

MARY GOODENOUGH,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF FACTS**
**IN SUPPORT OF SUMMARY JUDGMENT**

Plaintiff, MARY GOODENOUGH, (hereinafter "GOODENOUGH") by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 56(a), hereby responds to Defendant, CARNIVAL CORPORATION'S (hereinafter "CARNIVAL") Statement of Facts in Support of its Motion for Summary Judgment against. GOODENOUGH states as follows:

**GOODENOUGH'S Response to CARNIVAL'S Statement of "Facts"**

1. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

2. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

3. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

4. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

5. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

6. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

7. Disputed, there is no evidence, other than CARNIVAL'S policies, that these inspections that would generate a work order actually took place.

8. Disputed, there is no evidence, other than CARNIVAL'S policies, that these inspections that would generate a work order actually took place.

9. Disputed. GOODENOUGH has evidence of thirteen (13) prior substantially similar incidents. See CARNIVAL'S Fourth Supplemental Answers to GOODENOUGH'S Interrogatories, Exhibit 1 at pp. 3-5; see also Prior Complaints Produced by CARNIVAL, Exhibit 2.

10. Disputed. GOODENOUGH has evidence of thirteen (13) prior substantially similar incidents. See CARNIVAL'S Fourth Supplemental Answers to GOODENOUGH'S Interrogatories, Exhibit 1 at pp. 3-5; see also Prior Complaints Produced by CARNIVAL, Exhibit 2.

11. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

12. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

13. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

14. Undisputed unless other facts come to GOODENOUGH and/or her counsel's attention.

15. Disputed. GOODENOUGH has evidence of thirteen (13) prior substantially similar incidents. See CARNIVAL'S Fourth Supplemental Answers to GOODENOUGH'S Interrogatories, Exhibit 1 at pp. 3-5; see also Prior Complaints Produced by CARNIVAL, Exhibit 2.

### GOODENOUGH'S Additional Statement of Material Facts

16. Between June 24, 2019, and September 3, 2023, CARNIVAL documented thirteen (13) prior incidents of passengers tripping and falling over a specific type of carpet-to-tile transition lip on the cruise ships in its fleet. See CARNIVAL'S Fourth Supplemental Answers to GOODENOUGH'S Interrogatories, Exhibit 1 at pp. 3-5; see also Prior Complaints Produced by CARNIVAL, Exhibit 2; see also [DE 34 at p. 1].

17. Despite knowing that this type of carpet-to-tile transition lip caused at least thirteen (13) prior trip and fall incidents, CARNIVAL did nothing to block off or warn of this danger. Then, on November 2, 2023, GOODENOUGH tripped and fell on this same type of carpet-to-tile transition aboard the Carnival *Spirit*. [DE 37-1 at 22:15-19, 34:21-24, 38:24-39:11, 47:21-48:4, 68:6-69:22].

18. Then, on November 10, 2023, eight (8) days after GOODENOUGH'S incident, CARNIVAL removed the carpet and lip involved in GOODENOUGH'S incident, completely changing the configuration of the subject area approximately a week after her incident, and CARNIVAL did not notify GOODENOUGH until over a year later. See [DE 37-3 at 48:4-17, 50:8-20, 54:3-25, 58:11-59:7, 69:16-70:24, 105:4-23, 107:17-108:15, 118:17-119:21].

19. GOODENOUGH has evidence that CARNIVAL not only approved of this dangerous carpet, tile, and lip design, but actively directed its design. See Deposition of CARNIVAL'S Corporate Representative, [DE 37-3 at 8:16-11:4, 70:10-71:2] (emphasis added).

WHEREFORE, Plaintiff MARY GOODENOUGH respectfully requests that this Honorable Court deny Defendant CARNIVAL CORPORATION'S motion in total, and to grant

all other relief this Honorable Court deems just and appropriate.

## CERTIFICATE OF SERVICE

We hereby certify that on March 17, 2025, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,
**ARONFELD TRIAL LAWYERS**
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Tel:  (305) 441- 0440
Fax: (305) 441 - 0198
Attorneys for GOODENOUGH

By:      */s/ Spencer M. Aronfeld, Esq.*
Matthias M. Hayashi, Esq.
Florida Bar Number: 115973
mhayashi@aronfeld.com
Spencer Marc Aronfeld, Esq.
Florida Bar Number: 905161
aronfeld@aronfeld.com
Abby Hernández Ivey, Esq.
Florida Bar Number: 1002774
aivey@aronfeld.com

**3**
**ARONFELD TRIAL LAWYERS**
**Aronfeld.com**