UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22654-ALTONAGA/Reid

MARY GOODENOUGH,

        Plaintiff,

v.

CARNIVAL CORPORATION,

        Defendant.

_____/

## CARNIVAL CORPORATION'S
## FOURTH SUPPLEMENTAL RESPONSES TO FIRST SET OF INTERROGATORIES

Defendant, CARNIVAL CORPORATION ("Defendant" or "Carnival"), by and through undersigned counsel, hereby serves its Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of March, 2025 a copy of the foregoing was served via e-mail to the recipients listed on the Service List below.

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

By: /s/ *Cooper Jarnagin*_____
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
Ashley N. Genoese
Florida Bar No. 1019357
*Michael.Drahos@Gray-Robinson.com*
*Cooper.Jarnagin@Gray-Robinson.com*
*Ashley.Genoese@Gray-Robinson.com*

**SERVICE LIST**
**CASE NO. 24-CV-22654-ALTONAGA/Reid**

Abby Hernandez Ivey, Esq.
Matthias Masayasu Hayashi, Esq.
Spencer Marc Aronfeld, Esq.
ARONFELD TRIAL LAWYERS
One Alhambra Plaza, Penthouse
Coral Gables, FL 3134
305-441-0440
*aivey@aronfeld.com*
*mhayashi@aronfeld.com*
*aronfeld@aronfeld.com*

*Attorneys for Plaintiff*

**DEFENDANT'S FOURTH SUPPLEMENTAL ANSWERS
TO PLAINTIFF'S INITIAL INTERROGATORIES**

7.      List all incidents involving the subject area, and/or the subject surface, on the subject ship, as well as all such incidents involving any similar areas or surfaces on any ship in DEFENDANT's fleet five (5) years prior and six (6) months subsequent.  For each such incident, state: (a) the date of the incident, (b) the location of the incident, (c) the causes of the incident, (d) the facts surrounding the incident, (e) whether any litigation resulted from the incident and, if so, identify the court and the case number and all parties to such litigation, (f) the specific injuries suffered, and (g) the full name, job/other title, employer, telephone number, email address, and present address of each person listed.

**RESPONSE: Per the Parties' initial 7.1 discovery conference, Plaintiff previously agreed to limit this request to prior incidents wherein passengers claimed to have tripped and fallen on the same lip/threshold in this location onboard the *Spirit* and ships within the *Spirit*-class for the five-year period preceding Plaintiff's incident. Based on this agreement, Defendant previously responded as follows: None.**

**During a 7.1 discovery conference on February 10, 2025, Defendant agreed to expand the scope regarding the location to include the opposite side of the *Spirit* (and vessels within the *Spirit*-class).**

**Per this Court's Order [ECF No. 34], Defendant expanded its search again for prior incidents fleetwide, across 27 vessels for the five-year period preceding Plaintiff's incident. Based on this search, see below response. Defendant does not make any representation that the disclosed incidents are substantially similar to Plaintiff's alleged incident.**

| # | Date | Name | Location | Description | Litigation |
|---|---|---|---|---|---|
| 1 | January 19, 2020 | Leonie Forbesscott | *Fascination*, Lido Restaurant | 77 year-old Guest reported that around 1:15 p.m. while walking at Deck 10 aft center from aft fwd, her right foot stuck on carpeted floor and she fell forward. She claimed there was a problem with the metal strip between the carpet and tile. She was wearing tennis shoes. She sustained a contusion to her right knee. | No |
| 2 | January 27, 2020 | Helen Downard | *Glory*, Barbeque Area, Deck 10 | 74 year-old Guest claimed that around 10:30 a.m. she was walking inside the Barbeque area located at Deck 10 aft, | No |

| | | | | starboard side on the carpeted floor, and she tripped in between the joining of the carpet and tiled floor. She was wearing tennis shoes. She sustained a sprain and strain to her left knee. | |
|---|---|---|---|---|---|
| 3 | February 23, 2020 | Vida Vujasin | *Spirit*, La Playa Grill Lido Restaurant | 82 year-old Guest claimed that around 11:10 a.m., while walking inside the La Playa Grill Restaurant on Deck 9 aft portside, she accidentally tripped onto joining strip of carpeted floor edge and tiled floor. She was wearing rubber shoes. | No |
| 4 | October 15, 2021 | Sheila Watkins | *Dream*, Lido Restaurant | 73 year-old Guest claimed that around 10:40 a.m., while walking near the Swirls Ice Cream machine, she allegedly tripped on the metal strip that separates carpeted floor and the tiled floor. She fell forward and hit her left elbow on the tiled floor. She was wearing Sketcher shoes. | No |
| 5 | March 10, 2022 | Robert Tuite | *Sunshine*, Lido Restaurant | 80 year-old Guest claimed that around 7:55 a.m. while walking inside the Lido Deck Marketplace towards a coffee machine, he accidentally tripped on the metal strip in between carpeted and tiled floor. Onboard he claimed he sustained injuries to his forehead, right knee, right shoulder, and right chest. He was wearing sneakers. | Yes |
| 6 | April 8, 2023 | Julie Hahn | *Elation*, Lido Restaurant | 42 year-old Guest claimed that while walking inside the Tiffany Restaurant, Lido Deck 10 port side, she tripped over the metal edge between the carpet and tiled floor and fell on her right knee on the tiled floor. She | No |

| | | | | | |
|---|---|---|---|---|---|
| | | | | sustained a superficial abrasion to both knees. She was wearing flip flops. | |
| 7 | June 23, 2023 | Martin Hayburn | *Legend*, Unicorn Restaurant, Deck 9 | 56 year-old Guest reported that between 10 a.m. and 12 p.m., after passing through a sliding glass door while entering the Unicorn Restaurant on Deck 9, he tripped on a metal frame surrounding a carpeted floor, lost his balance and fell forward on a marble/granite floor. He sustained a sprain/strain injury to his right rib. He was wearing flip flops at the time.<br><br>The incident was not reported until June 24, 2023 at 2:00 p.m. Investigation indicated four (4) "Cheers Program" transactions for Mr. Hayburn for "Cosmo Martini" between 8:03 a.m. and 10:48 a.m. on June 23, 2023. | No |
| 8 | September 3, 2023 | Rosa Goroni | *Glory*, Deck 10 Barbeque Restaurant | 60 year-old Guest claimed that around 11:35 p.m. while walking inside the barbeque restaurant, she allegedly tripped on the metal frame (joint between carpet and tiled floor). She landed on both knees on tiled floor and sustained injury to her right knee. She was wearing sandals. | Yes |

8.      State any and all claims and/or complaints received by DEFENDANT concerning the subject area, and/or the subject surface, on the subject ship, as well as all such claims and/or complaints involving any similar areas or surfaces on any ship in DEFENDANT's fleet five (5) years prior and six (6) months subsequent.  For each such claim and/or complaint, please state: (a) the date of the claim and/or complaint, (b) the full name, job/other title, employer, telephone number, email address, and present address of the person making the claim and/or complaint, (c) the substance of the claim and/or complaint, and (d) the method the claim and/or complaint, (c) the substance of the claim and/or complaint, and (d) the method the claim and/or complaint was made (e.g., written comment card, etc.).

**RESPONSE: Pursuant to this Court's Order [ECF No. 34], see GR397. This document represents the verbatim complaints. Defendant is without knowledge regarding the exact area each complaint refers to.**

**ACKNOWLEDGEMENT AND VERIFICATION OF**
**FOURTH SUPPLEMENTAL ANSWERS TO**
**PLAINTIFF'S INTERROGATORIES**

Pursuant to 28 U.S.C. S 1746(2), I declare under penalty of perjury that while I do not have personal knowledge of all the facts recited in the foregoing Answers to Plaintiff's First Set of Interrogatories, the information contained therein has been collected and made available to me by other, and said Answers are true and correct to the best of my information, knowledge and belief based upon the information made available to me and therefore the foregoing Answers are verified on behalf of Carnival Corporation.

**Dated: March** _5_____, 2025

By:_____

**Monica Borcegue**
Guest Claims Manager
On Behalf of Carnival Corporation