| Ship | Sail Date | Last Name | First Name | Summary |
|---|---|---|---|---|
| Carnival Inspiration | 6/24/2019 | CANO | OMAR | On our last day we were walking towards the buffet area ready to leave the ship and my daughter tripped on the trim that's on the floor between door ways or carpet to tile transition. I think its called either a carpet trim or a saddle threshold. It was raised off the floor and my daughter 1 1/2 year old tripped and hit her head on the floor. |
| Carnival Elation | 11/2/2019 | STERNER | KENNETH | I had tripped in the Tiffany Lounge where the carpet meets the tile. I had fallen down hitting my new along the tile leaving a bruise along with a scrapped knee. None of the employees seemed to know what to do. All I wanted was a bag of ice which took about ten minutes. Then they encouraged me to go the medical unfortunately the path down was block for we docked. I was not able to go down the stairs because of my knee. My husband went down to ask if the could open the elevator and was told to wait for the elevators to open. My husband convinced one employee to open the elevator to help me. |
| Mardi Gras | 9/4/2021 | BERG | DIANA | Some of the metal strips in the carpeting had a lip which caused my companion to be thrown from her wheelchair. She was thrown out of her chair as she was boarding and throughout the cruise we hit several more on the ship. |
| Carnival Elation | 6/4/2022 | PARHAM | BRIAN | A few tripping hazards on boat. My mother actually fell once due to metal strip in hallways on carpets being elevated and movement of boat. |
| Carnival Vista | 6/24/2023 | MARTINEZ | RHIANA | Just needed to be extra careful when walking on floors due to picked up tiles or metal pieces on carpet. Tripping hazard. |

GR000397