UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  19-20289-CIV-ALTONAGA/GOODMAN

NANCY GOULD,

     Plaintiff,

vs.

CARNIVAL CORPORATION,

     Defendant,

_____/

## DEFENDANT'S NOTICE OF SERVING SUPPLEMENTAL ANSWER TO PLAINTIFF'S INITIAL INTERROGATORY No. 8

Defendant's, CARNIVAL CORPORATION, pursuant to Federal Rules of Civil Procedure

35 and other applicable Federal Rule of Civil Procedure, by and through its undersigned counsel,

gives notice of serving Supplemental Response to Plaintiff's Initial Interrogatory No. 8.

Respectfully submitted,

MASE MEBANE & BRIGGS, P.A.
*Attorneys for Defendant*
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone:  (305) 377-3770
Facsimile: (305) 377-0080

By:   */s/ Lauren A. Levitt*
     LAUREN A. LEVITT
     Florida Bar No.: 663034
     llevitt@maselaw.com
     froberts@maselaw.com
     filing@maselaw.com

CASE NO.:  19-20289-CIV-ALTONAGA/GOODMAN

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020, I served via e-mail a true and correct copy of the foregoing to Spencer M. Aronfeld Esq, aronfeld@aronfeld.com, Abby Hernandez Esq, aivey@aronfeld.com,  ARONFELD TRIAL LAWYERS,  Attorneys for Plaintiff's, One Alhambra Plaza, Penthouse, Coral Gables, Florida.

*/s/ Lauren A. Levitt*
LAUREN A. LEVITT

## SERVICE LIST

Spencer M. Aronfeld, Esq.
Florida Bar No.: 905161
Abby Hernandez Ivey, Esq.
Florida Bar No.: 1002774
ARONFELD TRIAL LAWYERS
One Alhambra Plaza, Penthouse
Coral Gables, FL 33134
T: (305) 441-0440
F: (305) 441-0198
aronfeld@aronfeld.com
aivey@aronfeld.com
*Attorneys for Plaintiff*

CASE NO.:  19-20289-CIV-ALTONAGA/GOODMAN

## DEFENDANT'S SECOND SUPPLEMENTAL ANSWER TO PLAINTIFF'S INITIAL INTERROGATORY No. 8

8.  For a time period beginning five (5) years prior to the date of the Plaintiff's incident, and one (1) year subsequent, identify and describe all incidents, complaints of incidents, records of incidents, or recollections of incidents similar to the Plaintiffs incident, i.e. passengers, crew members or other persons injured in passenger fights, brawls, or incidents involving physical violence in Defendant's fleet. Additionally, please provide contact information (phone number, e mail, address) for the individuals identified.

**ANSWER: Objection. The requested information is irrelevant and beyond the scope permitted by Fed. R. Civ. P. 26(b)(1). This request is only relevant to the issue of notice. It is overly broad in scope because it requests information beyond what is substantially similar to the alleged incident.  Plaintiff was a bystander who fell as a result of two passengers getting into a domestic dispute. Instead of narrowly tailoring this request to incidents where bystanders were injured or incidents that took place on the gangway, Plaintiff seeks a broad range of information about passenger fights, brawls, and incidents involving physical violence, including those that occurred in any location of any class ship. This incident happened while Plaintiff and the passengers were *off* the ship and on the gangway. Additionally the scope of five years prior to the incident and one year subsequent to the incident is wholly overbroad. The way this request is phrased would include incidents not substantially similar to the incident in this case.**

**Without waiving objection, Carnival conducted a prior incident search of altercations in the gangway of its ships for the three years prior to the subject incident. There are no prior incidents. Carnival also conducted a search of guest comments. There are two guest comments regarding altercations in the gangway of Carnival's ships in the three years prior to the incident. Carnival objects to providing the personal contact information for the guests who made the comments. Just because a guest made a comment does not mean that guest was actually involved in the situation. The guests' e-mails, physical addresses, and phone numbers are private information and beyond the scope of discovery in this case.**

| Ship | Sail Date | Comment |
|------|-----------|---------|
| Panorama | 12/24/2017 | Guest had a fight on the gangway while debarking the ship in Tampa. |
| Liberty | 12/15/2016 | Claims a fight broke out, woman almost pushing someone off the gangway. |

MASE MEBANE

CASE NO.: 19-20289-CIV-ALTONAGA/GOODMAN

I have read the foregoing Supplemental Answers to Plaintiff's Initial Interrogatories, and do swear that they are true and correct to the best of my knowledge and belief.

CARNIVAL CORPORATION

_____

Title: Litigation Representative

STATE OF FLORIDA    )
                    )
COUNTY OF DADE      )

BEFORE ME, the undersigned authority, personally appeared **Monica Borcegue** who is (personally known to me) or (has produced _____), as identification, and who after first being duly sworn by me deposes and says that he/she executed the foregoing answers to interrogatories and that the answers contained therein are true and correct to the best of his/her knowledge and belief.

SWORN to and SUBSCRIBED before me this 5th day of June, 2020.

Maurice Vega
Commission # FF999128
Expires: JUNE 6, 2020
Bonded thru Aaron Notary

_____
NOTARY PUBLIC, State of Florida

My commission expires: 6/6/2020

4
**MASE MEBANE**