Case 1:19-cv-20289-CMA  Document 93  Entered on FLSD Docket 07/15/2020  Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20289-CIV-ALTONAGA/Goodman**

**NANCY GOULD**,

      Plaintiff,

v.

**CARNIVAL CORPORATION**,

      Defendant.

_____ /

## ORDER

**THIS CAUSE** came before the Court at a July 15, 2020 Motion Hearing [ECF No. 92], when two motions were heard: Plaintiff, Nancy's Gould's Motion for Partial Summary Judgment [ECF No. 71], filed June 16, 2020; and Defendant, Carnival Corporation's Omnibus Motion *in Limine* [ECF No. 73], filed June 18, 2020. For the reasons stated in open court,

It is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Partial Motion for Summary Judgment **[ECF No. 71]** is **DENIED**.

2. Defendant's Second and Ninth Affirmative Defenses (*see* Answer and Affirmative Defenses **[ECF No. 20]** 5, 7), are **STRICKEN**.

3. Defendant's Omnibus Motion in Limine **[ECF No. 73]** is **GRANTED** as to Section Five.

4. Defendant's Omnibus Motion in Limine **[ECF No. 73]** is otherwise **DENIED**.

5. At the pre-trial conference or trial, the parties may present arguments — supported by authority — regarding the admissibility of Mr. Cruz's email. (*See generally* Defendant's Supplemental Motion *in Limine*, Ex. 2, E-mail from James Cruz [ECF No. 85-2]).

Case 1:19-cv-20289-CMA   Document 33   Entered on FLSD Docket 07/15/2020   Page 2 of 2

CASE NO. 19-20289-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 15th day of July, 2020.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2