

July 8, 2024

**<u>Via Email/Priority Mail</u>**
ccllegalclaims@carnival.com

Carnival Corporation
3655 NW 87th Ave
Miami, FL 33178

| | RE: | Our Client: | Mary Goodenough |
| --- | --- | --- | --- |
| | | Date of Accident: | 11/2/2023 |
| | | Vessel: | *Spirit* |

To Whom It May Concern:

Please be advised that this office represents Mary Goodenough for injuries suffered as a result of an incident which occurred on or about November 2, 2023, while she was a fare paying passenger aboard the *Spirit*. On or about November 2, 2023 as Ms. Goodenough traversed deck 9 in a normal and proper manner, she tripped and fell on a threshold that was not objectively perceivable. Our investigation reveals that this incident was the result of your negligence. Please accept this letter as a formal notice of our client's formal intent to file a complaint for damages in the U.S. District Court for the Southern District of Florida or the appropriate venue.

We request that you <u>maintain and preserve</u> the area and materials involved in the incident so that we may inspect the same. Do not change or alter the area and materials involved in the incident. Be advised that any such alterations may constitute spoliation of evidence, which will necessitate appropriate legal action. We likewise request that you <u>preserve</u> any video records (including, but not limited to, any and all CCTV footage of our client taken at any and all times during the entire cruise, and CCTV footage of the area where the incident occurred at least one hour prior to the incident through one hour afterwards), photographs, accident/incident reports, and any and all other records produced by your cruise line as a result of, or relevant to, the incident. We also request that you keep records and contact information of any and all individuals who were involved in any way with the incident.

Lastly, at this time, we are also requesting copies of Mary Goodenough's passenger injury statement and medical records for her treatment aboard the vessel. We look forward to working with you and thank you for your attention to this matter.

Very truly yours,
*/s/Spencer M. Aronfeld*

Spencer M. Aronfeld, Esq.

GR000095