## Cooper Jarnagin

**From:** Cooper Jarnagin
**Sent:** Wednesday, December 4, 2024 5:31 PM
**To:** Matthias Hayashi; Abby Ivey; Adrian Baez
**Cc:** Ashley Genoese; Lilia R. Parker; Michael Drahos
**Subject:** Mary Goodenough v. Carnival - DRY DOCK NOTICE FOR SPIRIT

**Importance:** High

Matt, Abby, and Adrian,

Please accept this correspondence as notification from Carnival Cruise Line that the Carnival **SPIRIT** is scheduled to be in dry dock and out of service during the upcoming date of January 30, 2025.

Our records indicate that your client, **MARY GOODENOUGH**, is presently involved in an active and ongoing personal injury claim involving the Carnival *SPIRIT* vessel. As such, you are hereby advised of the dry dock schedule for the vessel. Please be further advised that the area of the claimant's personal injury incident **WILL** be affected and changed during dry dock operations. As such, any agreed upon inspection of the vessel should be coordinated and scheduled prior to the dry dock date. The ship will be in the port of Mobile, AL on:

| | | | | |
|---|---|---|---|---|
| 12/7/2024 | Sat | Mobile, AL | 09:00 | 16:30 |
| 12/9/2024 | Mon | Key West, FL | 09:00 | 16:30 |
| 12/15/2024 | Sun | Mobile, AL | 09:00 | 16:30 |
| 12/21/2024 | Sat | Mobile, AL | 09:00 | 16:30 |
| 12/29/2024 | Sun | Mobile, AL | 09:00 | 16:30 |
| 1/4/2025 | Sat | Mobile, AL | 09:00 | 16:30 |
| 1/6/2025 | Mon | Key West, FL | 09:00 | 16:30 |
| 1/12/2025 | Sun | Mobile, AL | 09:00 | 16:30 |
| 1/18/2025 | Sat | Mobile, AL | 09:00 | 16:30 * LAST DAY!! |

In addition, it is requested that if the claim of **MARY GOODENOUGH**, purportedly relates to or arises from any shipboard equipment aboard the Carnival **SPIRIT**, it is requested that you immediately advise and otherwise identify the equipment, so that all appropriate steps may be taken to ensure its preservation.

Should you have any questions, do not hesitate to contact us.

---

**From:** Cooper Jarnagin <Cooper.Jarnagin@gray-robinson.com>
**Sent:** Wednesday, November 27, 2024 10:25 AM
**To:** Matthias Hayashi <mhayashi@aronfeld.com>; Abby Ivey <aivey@aronfeld.com>; Adrian Baez <abaez@aronfeld.com>
**Cc:** Ashley Genoese <Ashley.Genoese@gray-robinson.com>; Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Michael Drahos <Michael.Drahos@gray-robinson.com>
**Subject:** Mary Goodenough v. Carnival - Ship Inspection

Matt,

The *Spirit* sails out of Mobile, Alabama.

Proposed ship inspection dates: January 4, 12, and 18. (Expert DL is January 21, 2025).

**Please note that after January 18 the ship appears to be sailing to Barcelona.**

**Cooper Jarnagin**
Shareholder
Florida Bar Certified in Admiralty & Maritime Law

**T** 561.268.5727
**F** 561.268.5745

GrayRobinson, P.A. · Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.