UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA

CASE NO. 24-22654-CIV-ALTONAGA/Reid

MARY GOODENOUGH,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.

_____/

**PLAINTIFF'S REQUEST FOR ENTRY UPON VESSEL
FOR INSPECTION AND OTHER PURPOSES**

Plaintiff, MARY GOODENOUGH, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 34, hereby requests permission from the Defendant, CARNIVAL CORPORATION, for entry upon its vessel the Carnival *Spirit* on **Monday, January 6, 2025**, for the purpose of inspecting, measuring, surveying, photographing, testing or video-taping the area of the subject incident.

Please note, that any and all experts conducting an analysis of the aforementioned vessel structure must be in plain view of the cross-examiner's expert. In case that this cannot be complied with, neither expert shall have knowledge of the other's examination process. Furthermore, please provide the subject area of the incident to be inspected in substantially the same condition as it was at the time of the incident, including any decorations and warning signs present on the date of the incident. Specifically, this includes the areas where the Plaintiff walked immediately prior, during, and subsequent to the incident as well as the immediately surrounding areas. Said inspection shall be performed by counsel for Plaintiff and Plaintiff's liability expert on the following date and time, and at the following location:

**DATE OF INSPECTION:**    **Monday, January 6, 2025**

**TIME OF INSPECTION:**    **9:00 A.M. – 1:00 P.M.**

**LOCATION:**    **Port of Key West, FL**

Respectfully Submitted,


By: */s/ Spencer M. Aronfeld*
**Spencer M. Aronfeld, Esq.**
Florida Bar No.: 905161
aronfeld@aronfeld.com
**Abby Ivey, Esq.**
aivey@aronfeld.com Florida
Bar No.: 1002774
**ARONFELD TRIAL LAWYERS**
One Alhambra Plaza, Penthouse
Coral Gables, FL 33134
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic mail on this 31st day of December 2024 to Michael J. Drahos, Esq., and Cooper Jarnagin, Esq., Gray Robinson, P.A., 515 North Flagler Drive, Suite 650, West Palm Beach, Florida 33401, michael.drahos@gray-robinson.com; cooper-jarnagin@gray-robinson.com.


*/s/ Spencer Aronfeld*
**Spencer M. Aronfeld, Esq.**