# SPIRIT – INSTALLATION OF PEDI MAT ON LIDO RESTAURANT



2023

GR000362

 

## OUR CORPORATION'S COMMON GOAL

At Carnival Corporation & plc, our highest responsibility and top priorities are to operate safely, to protect the environment, and to be in compliance everywhere we operate in the world. On this foundation, we aspire to deliver unmatched joyful vacations for our guests, always exceeding their expectations and in doing so driving outstanding shareholder value. We are committed to a positive and just corporate culture, based on inclusion and the power of diversity. We operate with integrity, trust and respect for each other – seeking collaboration, candor, openness and transparency at all times. And we intend to be an exemplary corporate citizen leaving the people and the places we touch even better.

### CORPORATE VISION STATEMENT

## EXPECTED BEHAVIORS

- SPEAK UP
- RESPECT AND PROTECT
- IMPROVE
- COMMUNICATE
- LISTEN AND LEARN
- EMPOWER

### CULTURE ESSENTIALS

## DELIVERED IN THE CCL WAY

- ENSURE SAFE, RESPONSIBLE AND SECURE OPERATIONS.
- WARMLY WELCOME OUR GUESTS AND TEAM MEMBERS TO OUR HOME, MAKING THEM FEEL A PART OF THE CARNIVAL FAMILY.
- EMBRACE OUR DIVERSITY AND BE INCLUSIVE.
- ENGAGE BY BEING FRIENDLY, SMILING AND USING NAMES.
- SHOW TRUST, CARE AND RESPECT FOR EACH OTHER, OUR SHIPS AND THE ENVIRONMENT.
- ANTICIPATE NEEDS, RESPOND RAPIDLY & OWN ISSUES UNTIL THEY ARE RESOLVED.
- LIVE & SHARE A POSITIVE ATTITUDE.
- SHOW PRIDE IN OUR JOBS AND OUR COMPANY.
- INCLUDE FUN IN EVERYTHING WE DO!

### CARNIVAL VALUES

GR000363

# INSTALLATION OF PEDI MAT ON LIDO RESTAURANT – PORT SIDE
## BEFORE




GR000364

# INSTALLATION OF PEDI MAT ON LIDO RESTAURANT – PORT SIDE
## REMOVAL – WORK IN PROGRESS



# INSTALLATION OF PEDI MAT ON LIDO RESTAURANT – PORT SIDE



**AFTER**



GR000366

# INSTALLATION OF PEDI MAT ON LIDO RESTAURANT – STBD SIDE

## BEFORE

  

# INSTALLATION OF PEDI MAT ON LIDO RESTAURANT – STBD SIDE
## REMOVAL – WORK IN PROGRESS

   

GR000368

# INSTALLATION OF PEDI MAT ON LIDO RESTAURANT – STBD SIDE

## AFTER

  

GR000369